Compiler
of Laws

FILED
SUPERIOR COURT
OF GUAM

'13 OCT -2 PM 12: 51

CLERK OF COURT
BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| KEITH D. VIALL,<br><br>                Plaintiff,<br><br>v.<br><br>CYNTHIA SUE VIALL,<br><br>                Defendant. | DOMESTIC CASE NO. DM0806-07<br><br>**DECISION AND ORDER** |

This matter came before the court upon Plaintiff's motion to amend the court's findings of fact and conclusions of law pursuant to Rule 52(b), and further moves the court for a stay pursuant to Rule 62(b). The Court, for the reasons herein, denies both motions.

The court notes that Defendant filed on August 19, 2013 leave to file "her tardy Opposition hereto." The court having considered the reasons set forth in the motion grants leave and accepts the opposition for its further consideration.

The plaintiff moves to amend the courts findings and conclusions of law pursuant to Rule 52(b) of the Guam Rules of Civil Procedure. Plaintiff moves to amend the courts findings asserting that the court incorrectly calculated gross income. In Town House v. Ahn, II 2003 Guam 6, the Supreme Court set forth the factors that should guide this court's consideration of this motion. These factors include:

1. Manifest error of law or fact;
2. Newly discovered evidence; and
3. An intervening change in the law.

The Supreme Court further confirms that Rule 52(b) is not intended to merely re-litigate the matters already addressed by the court. The Court, having reviewed and applied these factors to the facts of this case, finds that the Plaintiff is simply in disagreement with the court as to how it arrived at its finding of Plaintiffs income. Plaintiff does not contend that the court's calculations were not supported by the evidence determined by the court to exist and credible. The motion for reconsideration raises no substantially new evidence or arguments of law. The matters raised in the motion were all before the court at the time of its consideration and the court finds no good basis to grant the current motion.

Plaintiff further moves this court for a stay pursuant to Rule 62(b). The court declines to revisit this matter at this time and notes that a hearing on this and related issues are currently scheduled for October 4, 2013, and denies the motion at this time.

## CONCLUSION

For the foregoing reasons, the Court hereby DENIES the plaintiff's Motion to Amend Findings of Fact and Conclusions of Law and Motion to Stay Enforcement of Interlocutory Decree.

SO ORDERED: ___OCT 0 2 2013___.



Original Signed By:
ARTHUR R. BARCINAS

**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

OCT 0 2 2013

Benny O. Cruz
Deputy Clerk Superior Court of Guam